# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60850
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 11, 2017

Lyle W. Cayce
Clerk

JUAN RAMON CARCAMO-CRUZ,

Petitioner

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A201 116 463

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

Juan Ramon Carcamo-Cruz petitions this court for review of an order of the Board of Immigration Appeals (BIA) denying his application for statutory withholding of removal. *See* 8 U.S.C. § 1231(b)(3). He does not brief any challenge to the denial of withholding of removal under the Convention Against Torture. Accordingly, this issue is waived. *See Soadjede v. Ashcroft*,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60850

324 F.3d 830, 833 (5th Cir. 2003) (issues not briefed are considered abandoned).

In his petition, Carcamo-Cruz contends that he is eligible for statutory withholding based on his membership in a particular social group (PSG), to wit, individuals who were part of a crowd of persons being robbed but were singled out, shot, and subsequently threatened by the MS-18 gang.  He does not point to any evidence in the record or to any relevant legal authority that shows that his proposed PSG has a common immutable characteristic, particularity, or social distinction within the Salvadoran community.  *See Orellana-Monson v. Holder*, 685 F.3d 511, 517-22 (5th Cir. 2012), *as modified by Hernandez-De La Cruz v. Lynch*, 819 F.3d 784, 786-87 & n.1 (5th Cir. 2016); *see Bouchikhi v. Holder*, 676 F.3d 173, 181 (5th Cir. 2012).

The petition for review is DENIED.